IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES GAMBLE, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO. 12-712-GPM ) ) |
| AT&T MOBILITY LLC, | ) ) |
| Defendant. | ) ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter came before the Court on Defendant AT&T Mobility LLC's motion to compel arbitration and stay this action (Doc. 16). Plaintiff filed a response in opposition to Defendant's motion (Doc. 28). Each party later filed supplemental papers in support of their respective position (*See* Docs. 33, 37, and 41).

On February 11, 2013, the Court entertained oral argument on Defendant's motion to compel arbitration. The issue presented here falls squarely within the confines of *AT&T Mobility LLC v. Concepcion*, 131 S. Ct. 1740 (2011) and its progeny. For the reasons stated on the record, Defendant's motion to compel arbitration and stay this action (Doc. 16) is **GRANTED**. Defendant's motion for a protective order (Doc. 26) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

**DATED**: February 12, 2013

/s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge