UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JAMES GAMBLE,

    Plaintiffs,

v.

AT&T MOBILITY LLC,

    Defendant.                                No. 12-cv-712-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc.60), entered on August 11, 2014, the individual claims of James Gamble's against AT&T Mobility LLC are **DISMISSED with prejudice** and the claims of the proposed class against AT&T Mobility LLC are **DISMISSED without prejudice**.

                                             JUSTINE FLANAGAN,
                                             ACTING CLERK OF COURT

                                             BY:     /s/*Caitlin Fischer*
                                                       **Deputy Clerk**

Dated: August 11, 2014

Digitally signed by David R. Herndon
Date: 2014.08.11 16:04:29 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT